UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PUBLIC CITIZEN, INC., )
)
Plaintiff, )
)
v. ) Civ. Action No. 04-0463 (RJL)
)
NORMAN Y. MINETA, et al., )
)
Defendants. )
)

## AMENDED FINAL JUDGMENT

For the reasons set forth in the Supplemental Memorandum Opinion entered this date, it is, this ___ day of July 2006, hereby

**ORDERED** that [#48] Intervenor-defendant Rubber Manufacturers Association's Motion to Alter or Amend The Judgment Pursuant to Federal Rule of Civil Procedure 59(e) is GRANTED; and it is further

**ORDERED** that the Supplemental Memorandum Opinion entered this date shall be read as an addition to the Memorandum Opinion of this Court issued on March 31, 2006; and it is further

**ORDERED** that 49 U.S.C. § 30166(m)(4)(C) is not a statute that qualifies under FOIA Exemption 3 for the withholding of information; and it is further

**ORDERED** that the Motion to Dismiss Count II of Intervenor-defendant Rubber Manufacturers Association's Cross-claim is GRANTED; and it is further



**ORDERED** that matter is REMANDED to the National Highway Traffic Safety Administration as set forth in the Final Judgment issued on March 31, 2006; and it is further

**ORDERED** that judgment is entered in favor of the Plaintiff Public Citizen as to Count II of its Complaint; and it is further

**ORDERED** that judgment is entered in favor of Defendant Mineta as to Count I of Intervenor-defendant Rubber Manufacturers Association's Cross-claim; and it is further

**ORDERED** that the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge